EDP:WPC
F.#2024R00527

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

CARLOS ALBERTO GUERRERO
MERCADO,

               Defendant.

-------------------------------------------------X

APPLICATION

24-CR-287 (S-1) (EK)

       JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by William P. Campos, Assistant United States Attorney, applies to the Court for an Order dismissing, without prejudice, the above-captioned superseding indictment and underlying indictment, Criminal Docket No. 24-287 (S-1), as to defendant CARLOS ALBERTO GUERRERO MERCADO, and hereby states the following:

       1.     On July 15, 2024, the defendant CARLOS ALBERTO GUERRERO MERCADO was charged in a single-defendant indictment for violations of: (i) International Fentanyl Manufacture and Distribution Conspiracy, in violation of Title 21, United States Code, Sections 963, 960(b)(l)(F) and 959(d); (ii) International Listed Chemical Manufacture and Distribution Conspiracy, in violation of Title 21, United States Code, Sections 963, 960(d)(7) and 959(d); and (iii) Money Laundering Conspiracy, in violation of Title 18, United States Code, Sections 1956(h).

       2.     On August 12, 2024, the defendant CARLOS ALBERTO GUERRERO

MERCADO and his co-defendant were charged in a superseding indictment on the same charges.

3. On January 20, 2026, the United Mexican States transferred 37 individuals to the United States of America. The defendant and his co-conspirator were among the third group of individuals who have been transferred, not extradited, from Mexico to the United States since February 2025. The defendant CARLOS ALBERTO GUERRERO MERCADO was transferred from Mexico to this District on January 20, 2026.

4. On January 21, 2026, defendant CARLOS ALBERTO GUERRERO MERCADO and his co-defendant were arraigned on the indictment and pleaded not guilty. Defendant CARLOS ALBERTO GUERRERO MERCADO and his co-defendant were remanded into custody to the Metropolitan Detention Center ("MDC") without bail.

5. On April 18, 2026, defendant CARLOS ALBERTO GUERRERO MERCADO was found unresponsive in his cell at the MDC and thereupon taken to a hospital where he remained until April 28, 2026.

6. On April 28, 2026, the defendant CARLOS ALBERTO GUERRERO MERCADO suffered a cardiac event at the hospital and died.

7. Based on the above, the government requests that the superseding

Indictment and underlying indictment, Criminal Docket No. 24-287 (S-1), be dismissed

without prejudice as to defendant CARLOS ALBERTO GUERRERO MERCADO.

Dated: Brooklyn, New York
        May 19, 2026


/s/William P. Campos
William P. Campos
Assistant U.S. Attorney
(718) 254-6104